IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| iGambit Inc. )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>Digi-Data Corporation )<br>)<br>      Defendant. )<br>) | Civil Action No. GLR-12-2906 |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff iGambit Inc. ("iGambit") pursuant to Fed. R. Civ. P. 56 and Rule 105 of the Rules of this Court, respectfully moves this Court for an order entering summary judgment in its favor against Defendant Digi-Data Corporation ("Digi-Data").

iGambit filed this action against Digi-Data as a result of Digi-Data's failure to pay moneys due to iGambit pursuant to an asset transfer agreement between the parties. In response to Request for Admissions, Digi-Data has admitted to the amount owed. However, Digi-Data has asserted it is entitled to a set off of that amount. Specifically, Digi-Data has alleged that iGambit breached the subject agreement by failing to indemnify Digi-Data for damages related to a lawsuit referred to as the Verizon Patent Litigation. In regard to that claim, Digi-Data has admitted that any such damage is not liquidated or capable of computation. Thus, there is no genuine issue of fact to be tried and Digi-Data is not entitled to a set off as a matter of law.

iGambit invites the Court's attention to the accompanying Memorandum.

WHEREFORE, iGambit respectfully moves the Court for the entry of summary judgment in its favor, for an award of pre-judgment and post judgment interest as well as iGambit's reasonable attorneys' fees and costs, and for such further relief as the Court deems proper and just.

Respectfully submitted,

/s/ Gary C. Adler
Gary C. Adler, Esq. (Bar No. 05159)
Roetzel & Andress, LPA
600 14th Street, N.W.
Suite 400
Washington, DC  20005
Telephone:   (202) 625-0600
Facsimile:   (202) 338-6340
Email:       gadler@ralaw.com

*Attorneys for Plaintiff iGambit, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2013, a true and correct copy of the above and foregoing *Plaintiff's Motion for Summary Judgment* was filed with the Clerk of the Court by using the CM/ECF system, which will send notice to the following counsel of record:

>Daniel D. Williams, Esq.,
>Darrell M. Daley, Esq.
>Faegre Baker Daniels, LLP,
>1470 Walnut Street
>Suite 300
>Boulder, Colorado  80302

>/s/ Gary C. Adler
>Gary C. Adler