IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IGAMBIT INC., | : | |
|    Plaintiff, | : | |
| v. | : | Civil Action No. GLR-12-2906 |
| DIGI-DATA CORPORATION, | : | |
|    Defendant. | : | |

**ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 13th day of December, 2013, hereby ORDERED:

1. Plaintiff's ("iGambit") Motion for Summary Judgment (ECF No. 23) be, and hereby is, GRANTED;

2. Judgment be, and hereby is, entered in iGambit's favor against Defendant ("Digi-Data") in the amount of $570,590;

3. iGambit be, and hereby is, GRANTED pre-judgment interest at the Maryland legal rate of 6% per annum from August 31, 2012, and post judgment interest at the Federal statutory rate;

4. Digi-Data's Counterclaim (ECF No. 9) be, and hereby is, DISMISSED WITHOUT PREJUDICE.

The Clerk is Directed to Close the case.

/s/
_____
George L. Russell, III
United States District Judge