IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| iGambit Inc. <br><br> Plaintiff, <br><br> v. <br><br> Digi-Data Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:12-cv-02906-GLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## RELEASE AND SATISFACTION OF JUDGMENT

Plaintiff iGambit Inc. ("Plaintiff") hereby releases and satisfies the judgment entered in this case, and releases any liens or encumbrances resulting from such judgment, as it has been paid in full.

Respectfully submitted,

/s/ Gary C. Adler
Gary C. Adler, Esq. (Bar No. 05159)
Roetzel & Andress, LPA
600 14th Street, N.W.
Suite 400
Washington, DC  20005
Telephone:  (202) 625-0600
Facsimile:  (202) 338-6340

*Attorneys for Plaintiff*
*iGambit Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2014, a true and correct copy of the above and foregoing *Release And Satisfaction Of Judgment* was filed with the Clerk of the Court by using the CM/ECF system, which will send notice to the following counsel of record:

Daniel D. Williams, Esq.
Darrell M. Daley, Esq.
Faegre Baker Daniels LLP
1470 Walnut Street
Suite 300
Boulder, Colorado  80302

/s/ Gary C. Adler
Gary C. Adler